## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01953-BNB
(**The above civil action number must appear on all future papers
  sent to the court in this action.  Failure to include this number
  may result in a delay in the consideration of your claims.**)

ELOY GARZA,

      Plaintiff,

v.

WESTERN STONE OF LYONS, LLC, and
PAUL W. FRYSIG,

      Defendants.

---

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

---

Plaintiff, Eloy Garza, currently resides in Lyons, Colorado.  Mr. Garza has

submitted, through counsel, a Complaint (ECF No. 1) and a Motion and Affidavit for

Leave to Proceed Pursuant to 28 U.S.C. § 1915 (ECF No. 3).

As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(a), the Court has

determined that the submitted documents are deficient as described in this Order.  Mr.

Garza will be directed to cure the following in order to pursue any claims in this action.

Any papers that Plaintiff files in response to this Order must include the civil action

number on this Order.

**Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915**:
(1)   __   is not submitted
(2)   __   is not on proper form (must use the Court's current form)
(3)   __   is missing original signature by Plaintiff
(4)   __   is missing affidavit
(5)   __   affidavit is incomplete
(6)   __   affidavit is not notarized or is not properly notarized
(7)   __   names in caption do not match names in caption of complaint, petition or
                application
(8)   X   other: **§ 1915 Motion and Affidavit are not filed on the current court-**

**approved form.  Plaintiff must resubmit a completed "Application to Proceed in District Court without Prepaying Fees or Costs" (AO 239; Rev. 12/13**).

**Complaint or Petition**:

(9) ____ is not submitted
(10) ____ is not on proper form (must use the Court's current form)
(11) ____ is missing an original signature by Plaintiff
(12) ____ is incomplete
(13) ____ uses et al. instead of listing all parties in caption
(14) ____ names in caption do not match names in text
(15) ____ addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(16) ____ other:

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty days from the date of this Order**.  Any papers that Mr. Garza files in response to this Order must include the civil action number on this Order.  It is

FURTHER ORDERED that Mr. Garza shall obtain the Court-approved form used in filing an Application to Proceed in District Court without Prepaying Fees or Costs" (AO 239; Rev. 12/13), at www.cod.uscourts.gov.  Plaintiff may also obtain copies of the court-approved form at the United States District Court Clerk's Office, located at 901 19th Street, Denver, Colorado.  It is

FURTHER ORDERED that if Mr. Garza fails to cure the designated deficiencies **within thirty days from the date of this Order** the action may be dismissed without further notice.

DATED July 15, 2014, at Denver, Colorado.

BY THE COURT:

s/Boyd N. Boland
United States Magistrate Judge

2