IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01953-BNB

ELOY GARZA,

    Plaintiff,

v.

WESTERN STONE OF LYONS, LLC, and
PAUL W. FRYSIG,

    Defendants.

---

ORDER GRANTING PLAINTIFF LEAVE TO PROCEED
PURSUANT TO 28 U.S.C. § 1915

---

    Plaintiff has filed, through counsel, a Complaint (ECF No.1) and a Motion and Declaration to Proceed Without Costs Pursuant to 28 U.S.C. § 1915 (ECF No. 9). Plaintiff will be granted leave to proceed pursuant to 28 U.S.C. § 1915 solely on the basis of inability to prepay fees or give security therefor.  Accordingly it is

    ORDERED that the Motion and Declaration to Proceed Without Costs Pursuant to 28 U.S.C. § 1915 (ECF No. 9) is GRANTED.  It is

    FURTHER ORDERED that the court review the complaint pursuant to 28 U.S.C. § 1915(e)(2)(B) to determine if the complaint is frivolous or malicious, fails to state a claim on which relief may be granted, or seeks monetary relief against a defendant who is immune from such relief.  It is

    FURTHER ORDERED that process shall not issue at this time.

    DATED August 14, 2014, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge