**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Case No. 14-cv-01953-REB-BNB

ELOY GARZA

      Plaintiff,

v.

WESTERN STONE OF LYONS, LLC; and
PAUL W. FRYSIG

      Defendants.

## MOTION FOR SERVICE BY US MARSHALS AT NO COST PURSUANT TO 28 U.S.C. § 1915

COMES NOW, the above named Plaintiff, with the following Motion:

In its 8/14/2014 granting the Plaintiff's Motion to Proceed pursuant to 28 U.S.C. § 1915 [Doc. 10], the Court ordered as follows:

> ORDERED that the Motion and Declaration to Proceed Without
> Costs Pursuant to 28 U.S.C. § 1915 (ECF No. 9) is GRANTED. It
> is
> FURTHER ORDERED that the court review the complaint
> pursuant to 28 U.S.C. § 1915(e)(2)(B) to determine if the
> complaint is frivolous or malicious, fails to state a claim on which
> relief may be granted, or seeks monetary relief against a defendant
> who is immune from such relief. It is
> FURTHER ORDERED that process shall not issue at this time.

Plaintiff's counsel is not familiar with the process for 28 U.S.C. § 1915(e)(2)(B) review, but infers from the case's assignment to a judge and magistrate [Docs. 14 and 15] that the review is complete and that summons may now be issued and service commenced. If this is the case, Plaintiff requests that the U.S. Marshals be ordered to complete service at no cost to the Plaintiff

1

pursuant to 28 U.S.C. § 1915, as originally requested by the Plaintiff in his Motion to Proceed Pursuant to 28 U.S.C. § 1915 [Doc. 9].

      WHERFORE, the Plaintiff requests that service be made on Defendants by the US Marshals at no cost.

Dated: 08/27/2014                          Respectfully submitted

                                            s/Alexander Hood_____
                                            Alexander Hood
                                            Towards Justice
                                            601 16th St., Suite C #207
                                            Golden, CO 80401
                                            Tel.: 720-239-2606
                                            Fax: 303-957-2289
                                            Email: alex@towardsjustice.org

                                            Attorney for the Plaintiff