IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Case No. 14-cv-01953-REB-BNB

ELOY GARZA,

Plaintiff,

v.

WESTERN STONE OF LYONS, LLC; and
PAUL W. FRYSIG,

Defendants.

_____

**ORDER**
_____

This matter arises on the plaintiff's **Motion for Service by US Marshals at No Cost Pursuant to 28 U.S.C. § 1915** [Doc. #16, filed 08/27/2014] (the "Motion").

The plaintiff filed his Complaint on July 14, 2014. He was granted leave to proceed *in forma pauperis* on August 14, 2014. He requests that the United States Marshal be directed serve the defendants pursuant to 28 U.S.C. § 1915. However, the Complaint does not contain an address for either defendant, and the plaintiff has not provided any information regarding service on the LLC defendant. See Fed.R.Civ.P. 4(e) and (h); Colo.R.Civ.P. 4(e)(1) and (4).

IT IS ORDERED that the Motion is DENIED.

Dated September 5, 2014.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge