IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Case No. 14-cv-01953-REB-BNB

ELOY GARZA,

Plaintiff,

v.

WESTERN STONE OF LYONS, LLC; and
PAUL W. FRYSIG,

Defendants.

_____

**ORDER GRANTING SERVICE BY UNITED STATES MARSHAL**
_____

This matter arises on the plaintiff's **Motion for Service by US Marshals at No Cost Pursuant to 28 U.S.C. § 1915** [Doc. #19, filed 09/06/2014] (the "Motion"). The Motion is GRANTED.

The plaintiff filed his Complaint on July 14, 2014. He was granted leave to proceed *in forma pauperis* on August 14, 2014. He requests that the United States Marshal be directed serve the defendants pursuant to 28 U.S.C. § 1915. The addresses of the defendants are provided in the Motion. Accordingly,

IT IS ORDERED:

(1)  The Motion [Doc. #19] is GRANTED;

(2)  The United States Marshal shall serve a copy of the Complaint, Summons, order granting leave to proceed pursuant to 28 U.S.C. §1915, and this order upon defendants Western Stone of Lyons, LLC; and Paul W. Frysig. If appropriate, the Marshal shall first attempt to

obtain a waiver of service of these documents pursuant to Fed.R.Civ.P. 4(d).  All costs of service shall be advanced by the United States; and

(3)   Defendants Western Stone of Lyons, LLC; and Paul W. Frysig or counsel for the defendants shall respond to the Complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendants.

Dated September 16, 2014.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge