```
                                                     FILED
                                              U.S. DISTRICT COURT
                                              DISTRICT OF COLORADO
1                IN THE UNITED STATES DISTRICT COURT
                                                2014 OCT -9  AM 10: 14
2                   FOR THE DISTRICT OF COLORADO
                                                JEFFREY P. COLWELL
3                                                       CLERK
                                    )  Case No.: No. 14-CV-1953  DEP. CLK
4  ELOY GARZA,                      )                   BY_____
                                    )  RESPONCE
5           Plaintiff,              )
                                    )
6       vs.                         )
                                    )
7  WESTERN STONE LLC., PAUL FRYSIG, )
                                    )
8           Defendant               )
```

9

10  COMES NOW, IN THE ABOVE DEFENDANT'S WITH THE FOLLOWING RESPONCE

11  1. TO RESPOND TO COMPLAINT (#3) MR GARZA HAS BEEN IN COLORADO FOR ONLY

12     five months per year as he was a seasonal employee and each year Mr.

13     Garza would retune to his home in Mexico.

14  2. TO RESPOND TO COMPLAINT (#6) WESTERN STONE is located in Lyons,

15     Colorado; however WESTERN STONE is a small company and not a leading

16     supplier of stone in the area.

17  3. TO RESPOND TO COMPLAINT (#8) Mr. Garza was a independent contractor

18     that supplied cutting services to WESTERN STONE, O&A STONE, AND others

19     in the area. Mr. Garza was not an employee of WESTERN STONE until 2003.

20  4. TO RESPOND TO COMPLAINT (#9) Mr. Garza walked away from his duties and

21     any contact with WESTERN STONE on 8/28/2013.

22  5. TO RESPOND TO COMPLAINT (#10) Mr. Garza was in charge of day to day

23     operations of yard only operations and limited to this only.

24

25

1    6. TO RESPOND TO COMPLAINT (#12) WESTERN STONE was a partnership, Mr.
2       Frysig was a partner but didn't have sole decision making ability, and
3       Mr. Frysig did not fire Mr. Garza.
4    7. TO RESPOND TO COMPLAINT (#13) Mr. Garza frequently complained about not
5       getting 40 hours of work due to lack of work.
6    8. TO RESPOND TO COMPLAINT (#14)
7    A. Mr. Garza is on recorded with Colorado unemployment insurance case #
8       7629-2014 Stating that Mr. Garza received his pay check two days early,
9       and Mr. Frysig asked Mr. Garza Two days later in front of eye witness to
10      pay his rent, this shows No rents were deducted from his paycheck.
11   B. Mr. Garza did not rent this home in 2000. In fact several other tenants
12      had lived at this property.
13   9. TO RESPOND TO COMPLAINT (#15) Only Federal, State, and Social Security
14      were deducted from Mr. Garza's Payroll.
15   10. TO RESPOND TO COMPLAINT (#16) Mr. Garza was the sole person to record
16      and keep track of his hours, Mr. Garza turned those hours in to be
17      recorded, in order to be paid, those hours were turned into a independent
18      Accounting firm for filling of W2's and other tax fillings.
19   11. TO RESPOND TO COMPLAINT (#19) Mr. Frysig was an employee of WESTERN
20      STONE. Mr. Garza did not work for Mr. Frysig outside of Mr. Freesia's roll
21      as supervisor at western stone. Mr. Frysig as evident in the Colorado's
22      Unemployment case # 7629-2014 Mr. Garza quit and was not fired.
23   TO RESPOND TO COMPLAINT (#20) Western Stone did not have revenues as
24      claimed; this is shown in tax fillings done buy Independent Accenting
25      Firms.

1  12. TO RESPOND TO COMPLAINT (#21) Western Stone Only had one full time
2  employee for all its history, and did not ever handle Computers as a
3  product line.
4  13. TO RESPOND TO COMPLAINT (#23)(24)(25) Mr. Garza Signed a Employment
5  Contract clearly stating terms and salary , along with benefits and
6  responsibilities, Mr. Garza was a salary employee.
7  14. TO RESPOND TO COMPLAINT (#27)(28) All time sheets were turned in by
8  Mr. Garza. And this information was the base for W2's.
9  15. TO RESPOND TO COMPLAINT (#29) all accounting was base off information
10 Mr. Garza provided to WESTERN STONE.
11 16. TO RESPOND TO COMPLAINT (#30) WESTERN STONE used data provide by Mr.
12 Garza to file tax information, their buy providing only truthful
13 information , Mr. Garza would be the only person who would know if he
14 provided fraudulent information.
15 17. TO RESPOND TO COMPLAINT (#31) Mr. Garza continues to file  fraudulent
16 claims in order to gain unlawful money's as to the pervious claim for
17 state unemployment.
18 18. TO RESPOND TO COMPLAINT (#34) Mr. Garza was never asked to nor did Mr.
19 Garza Perform any real properties improvements, only skilled outside
20 contractors were ever used to provide real improvements.
21 19. TO RESPOND TO COMPLAINT (#35) No gains were ever paid to WESTERN STONE
22 , WESTERN STONE is a renter of real properties.
23 20. TO RESPOND TO COMPLAINT (#36)No funds were ever paid to WESTERN STONE
24 On behave of Mr. Garza, all moneys owed to Mr. Garza were paid to Mr.
25 Garza at the time service was rendered.

1     21. TO RESPOND TO COMPLAINT (#37) Mr. Frysig was an employee of WESTERN
2     STONE just as Mr. Garza . And was not in control of WESTERN STONE as
3     WESTERN STONE was a partnership.
4     22. TO RESPOND TO COMPLAINT (#38)(39) Mr. Garza continues to file fraud
5     late claims and in turn should be held accountable for his actions.
6     23. TO RESPOND TO COMPLAINT (#43)Mr. Garza was a salary employee and
7     signed a contract with WESTERN STONE stating that fact.
8     24. TO RESPOND TO COMPLAINT (#44) Mr. Garza was not fired as shown in
9     court case held by Colorado unemployment case # 7629=2014 which Mr. Garza
10     did not return to work on his own accord yet filed a fraudulent claim.
11     25. TO RESPOND TO COMPLAINT (#45)Mr. Garza was paid all monies due. To
12     him. WESTERN STONE is not liable for any of Mr. Garza's debit.
13     26. TO RESPOND TO COMPLAINT (#47)(48) Mr. Garza entered into a Contract of
14     employment with WESTERN STONE that stated .It was a salary base position
15     With a 38% increase in salary, plus numerous other benefits.
16     27. TO RESPOND TO COMPLAINT (#51) only lawful deductions were taken from
17     Mr. Garza wages per. Federal statues.
18     28. TO RESPOND TO COMPLAINT (#52) No breach of contract was committed Mr.
19     Garza received two times minimum wage, and all moneys were paid to Mr.
20     Garza even to his own admission.
21     29. TO RESPOND TO COMPLAINT (#53) By filing this fraudulent claim Mr.
22     Garza continues to try and reward him self at the expense of others.
23     30. TO RESPOND TO COMPLAINT (#55) Mr. Garza choose to leave Western
24     Stone's employment at his own wishes their by breech of contract.
25

1  31. TO RESPOND TO COMPLAINT (#8) Mr. Garza entered into a Contract with

2  WESTERN STONE as a Salary employee with Exempt executive job duties, which

3  included but not limited to A. REGULARLY SUPERVISING TWO OR MORE OTHER

4  EMPLOYEE'S.    B. MANAGEMENT OF THE CUTTING OF STONE AND THE TASK WITHIN

5  THE STONE YARD AS HIS PRIMARY DUTY. C. ON A REGULAR BASIC'S CONTROLLING

6  IF A EMPLOYEE IS MEETING WITH EXPECTATION'S, ALSO TO DETERMINE IF A

7  EMPLOYEE WAS TO BE HIRED OR FIRED.

8  CLEARLY MEETING COLORADO STATE STAUTE. ON EXEMPT STATUS, AS A SALARY

9  EMPLOYEE.

Dated this 7th day of October, 2014

WESTERN STONE
PAUL W FRYSIG
P.O.BOX 885
LYONS, CO 80540
PH# 303-823-6404
FAX# 303-823-0266
EMAIL: FRYSIG@ aol.com