FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2014 OCT -9 AM 10: 14

JEFFREY J. COLWELL
CLERK

BY_____DEP. CLK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| , ELOY GARZA, | ) Case No.: No. 14-CV-1953 |
| | ) |
| Plaintiff, | ) MOTION TO DISMISS |
| | ) |
| vs. | ) |
| | ) |
| WESTERN STONE LLC., PAUL FRYSIG, | ) |
| | ) |
| Defendant | ) |

1. Mr. Garza entered into a Contract with WESTERN STONE as a Salary

employee with Exempt executive job duties, which included but not limited

to A. REGULARLY SUPERVISING TWO OR MORE OTHER EMPLOYEE'S.        B.

MANAGEMENT OF THE CUTTING OF STONE AND THE TASK WITHIN THE STONE YARD AS

HIS PRIMARY DUTY. C. ON A REGULAR BASIC'S CONTROLLING

IF A EMPLOYEE IS MEETING WITH EXPECTATION'S, ALSO TO DETERMINE IF A

EMPLOYEE WAS TO BE HIRED OR FIRED.

CLEARLY MEETING COLORADO STATE STAUTE. ON EXEMPT STATUS, AS A SALARY

EMPLOYEE.

Dated this 8th day of October, 2014

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

PRO SE

WESTERN STONE
PAUL FRYSIG
P.O.BOX 885
LYONS COLORADO 80540
303-823-6404