IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 14-cv-01953-REB-BNB

ELOY GARZA

    Plaintiffs,

v.

WESTERN STONE OF LYONS, LLC; and
PAUL W. FRYSIG

    Defendants.

# MOTION TO STRIKE ANSWER AND MOTION TO DISMISS

COMES NOW, the above named Plaintiff, with the following Motion:

## CERTIFICATE OF CONFERAL PURSUANT TO D.C.COLO.LCivR 7.1(A)

Plaintiff's counsel contacted Defendant Paul W. Frysig to confer prior to filing this Motion. Mr. Frysig opposes this Motion.

The Defendants have filed both an Answer [Doc. 25] and a Motion to Dismiss [Doc. 26]. Both documents are filed by Defendant Paul W. Frysig on behalf of himself and on behalf of Defendant Western Stone of Lyons, LLC, a Colorado entity. However, an entity can neither appear nor file a motion through a non-attorney: "As a general matter, a corporation or other business entity can only appear in court through an attorney and not through a non-attorney corporate officer appearing pro se." *Harrison v. WAHATOYAS, LLC*, 253 F. 3d 552, 556-57 (10th Cir. 2001) (citing *Flora Constr. Co. v. Fireman's Fund Ins. Co.,* 307 F.2d 413, 414 (10th Cir.1962)). The entity Defendant therefore failed to appear or file a Motion and Documents 25 and 26 should be stricken.

1

WHEREFORE, the Plaintiff requests that the Answer and the Motion to dismiss be stricken from the record. The Plaintiff does not oppose Mr. Frysig being given the opportunity to file an answer individually.

Dated: 10/23/14

Respectfully Submitted,

s/Alexander Hood
Alexander Hood
Towards Justice
601 16th St., Suite C #207
Golden, CO 80401
Tel.: 720-239-2606
Fax: 303-957-2289
Email: alex@towardsjustice.org

Attorney for the Plaintiff

**Certificate of Service**

      I hereby certify that on 10/23/14, I served a true and correct copy of the forgoing on the individuals below pursuant to F.R.C.P. 5.

Paul W. Frysig
PO Box 885
Lyons, CO 80540

                                                 s/ Alexander Hood
                                                 Alexander Hood