**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 14-cv-01953-REB-BNB

ELOY GARCIA,

    Plaintiff,

v.

WESTERN STONE OF LYONS, LLC, and
PAUL W. FRYSIG,

    Defendants.

**ORDER ADOPTING RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

**Blackburn, J.**

    The matter before me is the **Recommendation of United States Magistrate Judge** [#33],[1] filed October 27, 2014. No objections having been filed to the recommendation, I review it only for plain error. *See Morales-Fernandez v. Immigration & Naturalization Service*, 418 F.3d 1116, 1122 (10th Cir. 2005).[2] Finding no such error in the recommended disposition, I find and conclude that the magistrate judge's recommendation should be approved and adopted.

---

[1] "[#33]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

[2] This standard pertains even though plaintiff was proceeding *pro* se at the time he filed the apposite motion to dismiss. ***Morales-Fernandez***, 418 F.3d at 1122. (Defendant since has secured counsel both for himself and his company, defendant Western Stone of Lyons, LLC. **See Notice of Entry of Appearance of Counsel for Defendants** [#34], filed November 6, 2014.) Nevertheless, because plaintiff previously was proceeding *pro se*, I have construed his pleadings more liberally and held them to a less stringent standard than formal pleadings drafted by lawyers. *See* ***Erickson v. Pardus***, 551 U.S. 89, 94, 127 S. Ct. 2197, 2200, 167 L.Ed.2d 1081 (2007); ***Andrews v. Heaton***, 483 F.3d 1070, 1076 (10th Cir. 2007); ***Hall v. Bellmon***, 935 F.2d 1106, 1110 (10th Cir. 1991) (citing ***Haines v. Kerner***, 404 U.S. 519, 520-21, 92 S.Ct. 594, 595-96, 30 L.Ed.2d 652 (1972)).

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Recommendation of United States Magistrate Judge** [#33], filed October 27, 2014, is **APPROVED AND ADOPTED** as an order of this court; and

2. That the corresponding **Motion To Dismiss** [#26], filed October 9, 2014, is **DENIED** insofar as it is submitted on behalf of defendant, Paul W. Frysig.[3]

Dated November 20, 2014, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge

---

[3] The magistrate judge properly struck the motion to the extent it purported to be filed on behalf of the corporate defendant by Mr. Frysig acting *pro se*. (*See* **Order** [#32], filed October 27, 2014.)