garza13.xls

| Hourly Earnings | | Hours | | |
|---|---|---|---|---|
| 1-Jun | | 8 | | |
| 2-Jun | | 4 | | |
| 3-Jun | | 8 | | |
| 4-Jun | | 8 | | |
| 5-Jun | | 8 | | |
| 6-Jun | | 8 | | |
| 7-Jun | | 9.5 | | |
| 8-Jun | | 7 | | |
| 9-Jun | | | | |
| 10-Jun | | 8 | | |
| 11-Jun | | 7.5 | | |
| 12-Jun | | 8 | | |
| 13-Jun | | 8 | | |
| 14-Jun | | 8 | | |
| 15-Jun | | 8 | | |
| 16-Jun | | | | |
| 17-Jun | | | | 8 |
| 18-Jun | | | | 8 |
| 19-Jun | | | | 8 |
| 20-Jun | | | | 8 |
| 21-Jun | | | | 8 |
| 22-Jun | | | | 8 |
| 23-Jun | | | | |
| 24-Jun | | | | 8 |
| 25-Jun | | | | 8 |
| 26-Jun | | | | 8 |
| 27-Jun | | | | 8 |
| 28-Jun | | | | 8 |
| 29-Jun | | | | 8 |
| 30-Jun | | | | |
| | *Total Hours* | 108 | *Total Hours* | 96 |
| | *Wage* | $ 16.50 | *Wage* | $ 16.50 |
| | *Hourly Gross* | $ 1,782.00 | *Hourly Gross* | $ 1,584.00 |
| | *Withholding* | | *Withholding* | |
| | social security | $ 136.32 | social security | $ 121.18 |
| | federal | $ 23.52 | federal | $ 20.91 |
| | state | $ 71.28 | state | $ 63.36 |
| | Total Deductions | $ 231.13 | Total Deductions | $ 205.44 |
| | *Hourly Net* | $ 1,550.87 | *Hourly Net* | $ 1,378.56 |

Jun13