2:21 PM
02/04/13
Accrual Basis

# Western Stone Company of Lyons, LLC
## Employee QuickReport
### January through December 2012

| Type | Date | Num | Memo | Account | Clr | Amount |
|---|---|---|---|---|---|---|
| **Eloy Garza** | | | | | | |
| Check | 5/15/2012 | 6768 | | 1000 · Valley Bank ... | X | 835.24 |
| Check | 5/31/2012 | 6785 | | 1000 · Valley Bank ... | X | 1,080.51 |
| Check | 6/15/2012 | 6801 | | 1000 · Valley Bank ... | X | 875.01 |
| Check | 6/26/2012 | 6816 | | 1000 · Valley Bank ... | X | 1,831.61 |
| Check | 7/11/2012 | 6833 | | 1000 · Valley Bank ... | X | 1,000.00 |
| Check | 7/13/2012 | 6834 | | 1000 · Valley Bank ... | X | 650.00 |
| Check | 7/16/2012 | 6838 | | 1000 · Valley Bank ... | X | 805.07 |
| Check | 7/20/2012 | 6850 | | 1000 · Valley Bank ... | X | 320.00 |
| Check | 7/26/2012 | 6851 | | 1000 · Valley Bank ... | X | 220.00 |
| Check | 8/1/2012 | 6853 | | 1000 · Valley Bank ... | X | 1,453.89 |
| Check | 8/1/2012 | 6854 | | 1000 · Valley Bank ... | X | 600.00 |
| Check | 8/8/2012 | 6865 | | 1000 · Valley Bank ... | X | 820.00 |
| Check | 8/15/2012 | 6868 | | 1000 · Valley Bank ... | X | 1,460.68 |
| Check | 8/20/2012 | 6883 | | 1000 · Valley Bank ... | X | 160.00 |
| Check | 8/31/2012 | 6897 | | 1000 · Valley Bank ... | X | 1,222.90 |
| Check | 8/31/2012 | 6898 | | 1000 · Valley Bank ... | X | 462.00 |
| Check | 9/14/2012 | 6916 | | 1000 · Valley Bank ... | X | 461.98 |
| Check | 9/14/2012 | 6917 | | 1000 · Valley Bank ... | X | 800.00 |
| Check | 9/17/2012 | 6918 | | 1000 · Valley Bank ... | X | 165.25 |
| Check | 9/28/2012 | 6927 | | 1000 · Valley Bank ... | X | 1,168.55 |
| Check | 10/15/2012 | 6944 | | 1000 · Valley Bank ... | X | 1,154.96 |
| Check | 10/31/2012 | 6960 | | 1000 · Valley Bank ... | X | 1,351.98 |
| Check | 11/15/2012 | 6971 | | 1000 · Valley Bank ... | X | 1,250.07 |
| Check | 12/18/2012 | 7002 | | 1000 · Valley Bank ... | X | 363.00 |
| **Total Eloy Garza** | | | | | | 20,512.70 |
| **TOTAL** | | | | | | 20,512.70 |