**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Case No. 14-cv-01953-REB-NYW

ELOY GARZA

    Plaintiff,

v.

WESTERN STONE OF LYONS, LLC; and
PAUL W. FRYSIG

    Defendants.

---

**JOINT MOTION FOR VACATUR OF THE SEPTEMBER 2016 TRIAL DATE AND FOR A SCHEDULING CONFERENCE**

---

The parties jointly write to inform the Court that this case is unlikely to settle. The case is currently scheduled for an 8 day trial in September 2016. The parties do not think that the trial will take 8 days. Instead, after learning more about this case, they think that a **3 day trial** would be sufficient.

Additionally, the parties do not believe that they will be able to conduct the trial in September 2016. Plaintiff's counsel is currently expected to have a child that month; his wife is due on September 11, 2016. Accordingly, the parties respectfully request that the Court vacate the September trial date.

Finally, to set a new schedule for trial, the parties jointly request a telephonic scheduling conference.

                                                                Respectfully Submitted,

| | |
|---|---|
| s/Alexander Hood | s/Peter Walters |
| Alexander Hood | Peter Walters |
| David Seligman | Smittkamp & Walters, PC |

| | |
|---|---|
| Towards Justice<br>1535 High Street, Suite 300<br>Denver, CO 80218<br>Tel.: 720-239-2606<br>Fax: 303-957-2289<br>Email:<br>alex@towardsjustice.org<br>david@towardsjustice.org<br>Attorneys for Plaintiff | 75 Manhattan Drive, Suite 204<br>Boulder, CO  80303<br>T (303) 494-4244<br>peter@smittkampwalters.com<br>Attorney for Defendants |

**Certificate of Service**

I hereby certify that on June 8, 2016, I served a true and correct copy of the forgoing on all parties that have appeared pursuant to F.R.C.P. 5.

s/Alexander Hood
Alexander Hood
