# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Robert E. Blackburn

Civil Action No. 14-cv-01953-REB-NYW

ELOY GARZA,

> Plaintiff,

v.

WESTERN STONE OF LYONS, LLC, and
PAUL W. FRYSIG,

> Defendants.

---

## ORDER SUSTAINING OBJECTION TO AND REJECTING IN PART RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

---

**Blackburn, J.**

The matters before the court are (1) **Recommendation of United States Magistrate Judge** [#89],[1] filed October 13, 2016; and (2) plaintiff's **Objection to Report and Recommendation, Dkt. No. 89** [#93], filed October 27, 2016. As required by 28 U.S.C. § 636(b), the court has reviewed *de novo* all portions of the recommendation to which objections have been filed, and has considered carefully the recommendation, objection, and applicable caselaw.

The magistrate judge recommends denying defendants' motion for partial summary judgment with respect to the majority of the claims challenged therein. No party has objected to those aspects of the recommendation. Finding no plain error either in the magistrate judge's analysis of the issues or the recommended disposition of these claims, *see Morales-Fernandez v. Immigration & Naturalization Service*, 418 F.3d 1116, 1122

---

[1] "[#89]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

(10th Cir. 2005), the court approves and adopts that portion of the recommendation.

However, the court respectfully rejects the recommendation to dismiss that portion of plaintiff's Colorado Wage Act claim for wages allegedly earned but unpaid. In this respect, the court concurs with plaintiff: there appear to be genuine disputes of material fact as to whether plaintiff was paid for all the time he worked, making summary judgment inappropriate.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Recommendation of United States Magistrate Judge** [#89], filed October 13, 2016, respectfully is rejected insofar as it recommends granting defendants' motion for partial summary judgment as to plaintiff's Colorado Wage Act claim insofar as it is premised on wages earned but unpaid;

2. That in all other respects, the **Recommendation of United States Magistrate Judge** [#89], filed October 13, 2016, is approved and adopted as an order of this court;

3. That the objections presented in plaintiff's **Objection to Report and Recommendation, Dkt. No. 89** [#93], filed October 27, 2016, are sustained; and

4. That **Defendants' Motion for Summary Judgment** [#74], filed May 20, 2016, is denied.

Dated November 22, 2016, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge