**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 14-cv-01953-REB-NYW

ELOY GARZA,

    Plaintiff,

v.

WESTERN STONE OF LYONS, LLC and
PAUL W. FRYSIG,

    Defendants.

---

**ORDER APPROVING STIPULATION FOR DISMISSAL WITH PREJUDICE**

---

**Blackburn, J.**

    This matter is before me on the parties' **Stipulation for Dismissal With Prejudice** [#131],[1] filed May 26, 2017. After reviewing the stipulation and the record, I conclude the stipulation should be approved and this action should be dismissed with prejudice, with the parties to pay their own attorney fees and costs.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Stipulation for Dismissal With Prejudice** [#131], filed May 26, 2017, is approved;

    2. That the combined Final Pretrial Conference/Trial Preparation Conference scheduled for May 31, 2017, at 10:00 a.m., as well as the trial scheduled to commence June 19, 2017, are vacated;

---

[1] "[#131]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

3. That all pending motions and recommendations including, but not limited to (a) **Defendants' Motion for Leave To File an Amended Answer and Counterclaims** [#114], filed April 13, 2017; and (b) the **Recommendation of United States Magistrate Judge** [#129], filed May 12, 2017, are denied as moot; and

4. That this action is dismissed with prejudice, with the parties to pay their own attorney fees and costs.

Dated May 30, 2017, at Denver, Colorado.

**BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge